**DISMISS and Opinion Filed December 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00500-CV

### HE CHEN, Appellant
### V.
### LIJUAN SONG, Appellee

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-00675-2018**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's unopposed motion to dismiss this appeal as the parties

have settled their dispute. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190500F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HE CHEN, Appellant

No. 05-19-00500-CV     V.

LIJUAN SONG, Appellee

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-00675-2018.
Opinion delivered by Justice Carlyle.
Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee LIJUAN SONG recover her costs of this appeal from appellant HE CHEN.

Judgment entered this 9th day of December, 2019.